UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DYLAN CLARK,

    Plaintiff,

Case No. 6:16-CV-2037-ORL-DCI

v.

ADVANCE AUTO LOCKSMITH, INC.,
DARRAN DENT, AND RICHARD WILKINSON,

    Defendants.

_____/

## STIPULATION OF SETTLEMENT

This Stipulation of Settlement is entered into on the day notarized below by the parties.

In consideration of the mutual covenants contained in this Stipulation of Settlement, and for other good and valuable consideration, the Plaintiff, Dylan Clark, and Defendants, Advance Auto Locksmith, Inc., Darren Dent ("Dent") and Richard Wilkinson ("Wilkinson") agree as follows:

1. The Defendants shall pay to the Plaintiff a total sum of $18,000, payable in five payments as follows: $6000 to be paid within seven (7) days of the fully signed agreement and four (4) payments of $3000 to be completed as follows: December 1, 2017, January 1, 2018, February 1, 2018 and April 1, 2018. If a payment is missed, Plaintiff shall provide notice to Juliette Koves, Esquire, at jkoves@dsklawgroup.com within seven (7) days, and Defendants shall have ten (10) days to make the missed payment.

2. Settlement funds shall be attributed and distributed as follows:

   a. Seven thousand dollars ($7,000.00) shall be allocated to Dylan Clark for settlement of his claim for unpaid wages;

   b. Seven thousand dollars ($7,000.00) shall be allocated to Dylan Clark for settlement of his claim for liquidated damages;

   c. One thousand dollars ($1,000.00) shall be allocated to Dylan Clark for settlement of his claim for retaliation;

   d. Three thousand dollars ($3,000.00) shall be allocated to Dylan Clark and Grossman Law, P.A. as compensation for reasonable attorneys fees and costs.

3. Within seven (7) days of the final payment being made to the Plaintiff, as outlined in this Stipulation of Settlement, Plaintiff will file a Notice of Dismissal with Prejudice.

4. The Stipulation of Dismissal will include a statement that each party shall bear its own attorneys' fees and costs.

5. It is expressly agreed to and understood that Defendants and Plaintiff shall each bear their own fees and costs in regard to the above-referenced litigation.

6. This stipulation constitutes a complete and full mutual release of all claims of the Plaintiff against the Defendants for all FLSA claims at issue in this case.

7. This Stipulation of Settlement is freely and voluntarily executed by Plaintiff and Defendants after having been apprised of all relevant information and data and all

2

other information relevant to this settlement including, but not limited to, liability, future expenses, costs, risks and burden of litigation.

8. In executing this Stipulation of Settlement, the parties do not rely on any inducements, promises, or representations by the opposing party or such party's attorneys, other than the terms of the within this Stipulation of Settlement.

9. Dylan Clark has been represented by Michael Grossman and Advance Auto Locksmith, Inc., Dent and Wilkinson have been represented by the Law Firm of De Beaubien, Knight, Simmons, Mantzaris & Neal, LLP.

10. If either party is ever required to enforce the terms and obligations contained in this Stipulation of Settlement in a court of law, court of equity, or arbitration forum, then the prevailing party shall be entitled to recover the costs, including reasonable attorney's fees that such party incurs in prosecution or defense of the claim or claims.

11. This is a mutually agreed upon Stipulation of Settlement and shall not be construed more strongly against any one party to this Stipulation of Settlement.

12. This Stipulation of Settlement reflects the full and complete understanding of the parties. Any and all previous verbal or written representations or agreements between the parties are merged and incorporated into this writing. Neither party may amend this Stipulation of Settlement unless both parties consent in writing to the amendment.

13. The parties agree that Florida law shall govern this Stipulation of Settlement Agreement.

3

14. In the event any portions of this Agreement be deemed unenforceable, such portions shall be severed, and the remaining portions of the Agreement shall be enforceable.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed in form sufficient to fully bind them and have delivered it on the dates set forth opposite their respective signatures below.

Acknowledgement

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority appeared this _____ day of September 2017, Richard Wilkinson, who is personally known to me or who has produced for me _____ as identification, and who acknowledged executing the foregoing instrument for the purposes and consideration therein expressed.

_____
Notary Public [signature]

_____
[Name of Notary Public typed or printed]
Commission No.: _____

April ____, 2018     By: _____
                         Richard Wilkinson, Corporate Representative
                         with Settlement Authority for Advance Auto
                         Locksmith, Inc.

4

Acknowledgement

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority appeared this _____ day of _____, 2018, Darran Dent, who is personally known to me or who has produced for me _____ as identification, and who acknowledged executing the foregoing instrument for the purposes and consideration therein expressed.

_____
Notary Public [signature]

_____
[Name of Notary Public typed or printed]
Commission No.: _____

Dated: April _____, 2018      By: _____
                                        Darran Dent

Acknowledgement

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority appeared this _____ day of _____, 2018, Richard Wilkinson, who is personally known to me or who has produced for me _____ as identification, and who acknowledged executing the foregoing instrument for the purposes and consideration therein expressed.

_____
Notary Public [signature]

_____
[Name of Notary Public typed or printed]
Commission No.: _____

Dated: January _____, 2018    By: _____
                                        Richard Wilkinson

5

STATE OF FLORIDA
COUNTY OF Osceola

BEFORE ME, the undersigned authority appeared this 5th day of April 2018, Dylan Clark, who is personally known to me or who has produced for me FL Driver License as identification, and who acknowledged executing the foregoing instrument for the purposes and consideration therein expressed.

_Karen M. Giel_
Notary Public [signature]

_Karen M. Giel_
[Name of Notary Public typed or printed]
Commission No.: _____

KAREN M. GIEL
Notary Public - State of Florida
Commission # GG 02545
My Comm. Expires Oct 15, 2020

Dated: April 5, 2018    By: _____
                              Dylan Clark

**THIS STIPULATION OF SETTLEMENT CONSISTS OF 6 PAGES INCLUDING THE NOTARY PAGES**

6

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DYLAN CLARK,

    Plaintiff,                        Case No. 6:16-CV-2037-ORL-DCI

v.

ADVANCE AUTO LOCKSMITH, INC.,
DARRAN DENT, AND RICHARD WILKINSON,

    Defendants.
_____/

## STIPULATION OF SETTLEMENT

This Stipulation of Settlement is entered into on the day notarized below by the parties.

In consideration of the mutual covenants contained in this Stipulation of Settlement, and for other good and valuable consideration, the Plaintiff, Dylan Clark, and Defendants, Advance Auto Locksmith, Inc., Darren Dent ("Dent") and Richard Wilkinson ("Wilkinson") agree as follows:

1. The Defendants shall pay to the Plaintiff a total sum of $18,000, payable in five payments as follows: $6000 to be paid within seven (7) days of the fully signed agreement and four (4) payments of $3000 to be completed as follows: December 1, 2017, January 1, 2018, February 1, 2018 and April 1, 2018. If a payment is missed, Plaintiff shall provide notice to Juliette Koves, Esquire, at jkoves@dsklawgroup.com within seven (7) days, and Defendants shall have ten (10) days to make the missed payment.

2. Settlement funds shall be attributed and distributed as follows:

   a. Seven thousand dollars ($7,000.00) shall be allocated to Dylan Clark for settlement of his claim for unpaid wages;

   b. Seven thousand dollars ($7,000.00) shall be allocated to Dylan Clark for settlement of his claim for liquidated damages;

   c. One thousand dollars ($1,000.00) shall be allocated to Dylan Clark for settlement of his claim for retaliation;

   d. Three thousand dollars ($3,000.00) shall be allocated to Dylan Clark and Grossman Law, P.A. as compensation for reasonable attorneys fees and costs.

3. Within seven (7) days of the final payment being made to the Plaintiff, as outlined in this Stipulation of Settlement, Plaintiff will file a Notice of Dismissal with Prejudice.

4. The Stipulation of Dismissal will include a statement that each party shall bear its own attorneys' fees and costs.

5. It is expressly agreed to and understood that Defendants and Plaintiff shall each bear their own fees and costs in regard to the above-referenced litigation.

6. This stipulation constitutes a complete and full mutual release of all claims of the Plaintiff against the Defendants for all FLSA claims at issue in this case.

7. This Stipulation of Settlement is freely and voluntarily executed by Plaintiff and Defendants after having been apprised of all relevant information and data and all

2

other information relevant to this settlement including, but not limited to, liability, future expenses, costs, risks and burden of litigation.

8. In executing this Stipulation of Settlement, the parties do not rely on any inducements, promises, or representations by the opposing party or such party's attorneys, other than the terms of the within this Stipulation of Settlement.

9. Dylan Clark has been represented by Michael Grossman and Advance Auto Locksmith, Inc., Dent and Wilkinson have been represented by the Law Firm of De Beaubien, Knight, Simmons, Mantzaris & Neal, LLP.

10. If either party is ever required to enforce the terms and obligations contained in this Stipulation of Settlement in a court of law, court of equity, or arbitration forum, then the prevailing party shall be entitled to recover the costs, including reasonable attorney's fees that such party incurs in prosecution or defense of the claim or claims.

11. This is a mutually agreed upon Stipulation of Settlement and shall not be construed more strongly against any one party to this Stipulation of Settlement.

12. This Stipulation of Settlement reflects the full and complete understanding of the parties. Any and all previous verbal or written representations or agreements between the parties are merged and incorporated into this writing. Neither party may amend this Stipulation of Settlement unless both parties consent in writing to the amendment.

13. The parties agree that Florida law shall govern this Stipulation of Settlement Agreement.

14. In the event any portions of this Agreement be deemed unenforceable, such portions shall be severed, and the remaining portions of the Agreement shall be enforceable.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed in form sufficient to fully bind them and have delivered it on the dates set forth opposite their respective signatures below.

**Acknowledgement**

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority appeared this 5th day of April, 2018 ~~September 2017~~, Richard Wilkinson, who is personally known to me or who has produced for me Personally known as identification, and who acknowledged executing the foregoing instrument for the purposes and consideration therein expressed.

_____
Notary Public [signature]
Sibyl Isaza
[Name of Notary Public typed or printed]
Commission No.: _____

SIBYL ISAZA
Commission # FF 940801
My Commission Expires
December 02, 2019

April 5, 2018        By: _____
                          Richard Wilkinson, Corporate Representative
                          with Settlement Authority for Advance Auto
                          Locksmith, Inc.

4

**Acknowledgement**

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority appeared this 5th day of April, 2018, Darran Dent, who is personally known to me or who has produced for me Personally Known as identification, and who acknowledged executing the foregoing instrument for the purposes and consideration therein expressed.

_____
Notary Public [signature]
Sibyl Isaza
[Name of Notary Public typed or printed]
Commission No.: _____

[Notary Seal: SIBYL ISAZA, Commission # FF 940801, My Commission Expires December 02, 2019]

Dated: April 5, 2018    By: _____
                              Darran Dent

**Acknowledgement**

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority appeared this 5th day of April, 2018, Richard Wilkinson, who is personally known to me or who has produced for me Personally Known as identification, and who acknowledged executing the foregoing instrument for the purposes and consideration therein expressed.

_____
Notary Public [signature]
Sibyl Isaza
[Name of Notary Public typed or printed]
Commission No.: _____

[Notary Seal: SIBYL ISAZA, Commission # FF 940801, My Commission Expires December 02, 2019]

Dated: ~~January~~ April 5, 2018    By: _____
                                          Richard Wilkinson

5

STATE OF FLORIDA
COUNTY OF _____

  BEFORE ME, the undersigned authority appeared this _____ day of _____ 2018, Dylan Clark, who is personally known to me or who has produced for me _____ as identification, and who acknowledged executing the foregoing instrument for the purposes and consideration therein expressed.

_____
Notary Public [signature]

_____
[Name of Notary Public typed or printed]
Commission No.: _____

Dated: April _____, 2018  By: _____
               Dylan Clark

**THIS STIPULATION OF SETTLEMENT CONSISTS OF 6
PAGES INCLUDING THE NOTARY PAGES**

6